IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **SOCORRO MATA**, et al., | No.     15 CV 10691 |
| Plaintiffs, | |
| v. | Judge Kennelly |
| **INO'S TACOS #1 INC.**, et al., | Magistrate Judge Martin |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

By their attorneys of record and pursuant to their confidential settlement agreement, the plaintiffs and the defendants jointly stipulate pursuant to FRCP 41(a)(1)(A)(ii), that the captioned case be dismissed in its entirety with prejudice and with each party bearing that party's own attorneys' fees and costs.

AGREED:

/s/John J. Ferrentino (by permission)
Attorney for Defendants

AGREED:

/s/Paul Luka
Attorney for the Plaintiffs

John J. Ferrentino
Ferrentino & Associates, LLC
1 Northfield Plaza, Suite 455
Northfield, IL 60093-1215
(708) 686-0600
jf@fdalawus.com

Paul Luka
Law Office of Paul Luka, P.C.
120 S. State Street, Suite 400
Chicago, IL 60603
(312) 971-7309
paul@lukapc.com

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that he served the attached document/s on all attorneys of record by causing them to be issued through the Court's electronic filing system (CM/ECF) on the date indicated above in the electronic file stamp.

/s/Paul Luka
Attorney for the Plaintiffs